IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANA FRANCE, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:25-CV-00092 (WLS) |
| STATE FARM FIRE AND CASUALTY COMPANY, | : |
| Defendant. | : |

**ORDER**

Previously, on August 14, 2025, the Court granted Plaintiff's Counsel's Motion to Withdraw as Counsel and For Stay of Proceedings (Doc. 10). (*See* Doc. 12). In doing so, the Court stayed proceedings in the above-captioned case, including all deadlines, for a period of ninety-days. The stay is set to expire on Wednesday, November 12, 2025. As such, the scheduling/discovery conference currently scheduled for Tuesday, September 23, 2025, is **CANCELED**. The Court will set a new conference date and time by separate Order or notice once the stay is lifted.

**SO ORDERED**, this 11th day of September 2025.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**