IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANA FRANCE, | * |
|     Plaintiff, | * |
| v. | Case No. 7:25-cv-92 (WLS) |
| | * |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
|     Defendant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Lowndes County, Georgia.

This 14th day of January, 2026.

                                          David W. Bunt, Clerk

                                          s/ Katie Logsdon, Deputy Clerk